```
 1                    UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   UNITED STATES OF AMERICA,          )
                                        )
 5          Plaintiff,                  ) No. 20-CR-3445-LAB
                                        )
 6             v.                       ) May 26, 2021
                                        )
 7   MANUEL VASQUEZ-PEREZ,              ) 9:15 a.m.
                                        )
 8          Defendant.                  ) San Diego, California
     _____)
 9

10              TRANSCRIPT OF STATUS CONFERENCE
              BEFORE THE HONORABLE LARRY ALAN BURNS
11                 UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Plaintiff:     UNITED STATES ATTORNEYS OFFICE
                            By:  STEPHEN WONG, ESQ.
14                          880 Front Street
                            San Diego, California  92101
15
     For the Defendant:     FEDERAL DEFENDERS OF SAN DIEGO, INC.
16                          By:  LAUREN J. CLARK, ESQ.
                                 BRITTANY SHERRON, ESQ.
17                          225 Broadway
                            San Diego, California  92101
18
     Court Interpreter:     DANIEL NOVOA
19
     Court Reporter:        CYNTHIA R. OTT, RDR, CRR
20                          District Court Clerk's Office
                            333 West Broadway, Suite 420
21                          San Diego, California, 92101
                            cynthia_ott@casd.uscourts.gov
22

23

24
     Reported by Stenotype, Transcribed by Computer
25
```

```
 1          SAN DIEGO, CALIFORNIA, MAY 26, 2021, 9:15 A.M.
 2                            * * * *
 3          THE CLERK:  Calling number 4 on the calendar,
 4  20-CR-3445, United States of America versus Manuel
 5  Vasquez-Perez.
 6          And, Your Honor, the defendant will be appearing
 7  telephonically.  He's in a quarantine pod.
 8          THE COURT:  Okay.  What date do we have for trial on
 9  this case?
10          (Discussion off the record.)
11          THE COURT:  The 7th, you mean?
12          THE CLERK:  Sorry, Judge, yes.
13          THE COURT:  All right.  Good morning, Ms. Clark.
14          MR. WONG:  Good morning, Your Honor.  Stephen Wong for
15  the United States.
16          THE COURT:  Good morning, Mr. Wong.
17          MS. CLARK:  And good morning, Your Honor.  Lauren
18  Clark and Brittany Sherron, Federal Defenders, for
19  Mr. Vasquez-Perez.
20          THE COURT:  All right.  Good morning.  Mr. Vasquez, I
21  understand, is going to be joining us by telephone, because
22  he's in quarantine.  They can't bring him into one of the video
23  rooms.  And the interpreter will let us know when he's online.
24          THE INTERPRETER:  Yes, good morning, Your Honor.  This
25  is Daniel, the interpreter.  I have Mr. Manuel Vasquez-Perez on
```

 1  the line and we are connected.
 2          THE COURT:  All right.  Good morning, Mr. Vasquez.
 3  This is Judge Burns speaking.
 4          THE DEFENDANT:  Good morning.  Yes, good morning.
 5          THE COURT:  You can't see us because you're not in the
 6  video room, and they can't bring you there because I have been
 7  informed that you're under quarantine.  But here in court today
 8  are your two lawyers, the prosecutor, and I.  And we're going
 9  to try to set a date for your trial.
10          You -- I have to tell you, before we do anything in
11  this case that you have a right to be here personally, to
12  appear personally for this date setting.  Or if you agree, we
13  can do it with you on the phone.  We'll set the date.  That's
14  all that's going to be done today is just setting the date for
15  your trial.  But you have that choice.  If you want to be here
16  personally, I'll postpone this hearing, and we'll bring you in,
17  and set the date, or if you agree to appear telephonically,
18  then I'll set the date.  And you'll know of it, and your
19  lawyers will be in touch with you.  What's your decision?
20          THE DEFENDANT:  I'm okay either by video or in person.
21          THE COURT:  Okay.  Well, it wouldn't be -- either of
22  those methods.  You can't be taken -- I'm told you can't be
23  taken to the video room, because you're under quarantine now.
24  You can appear by telephone, if you agree to do that.  If
25  telephone is okay, then we'll go that way.

1           But I emphasize to you that you have a right to be
2  here in person, but you don't have to be.  If you're content to
3  let me set the next date in your case with you listening by
4  telephone, then we'll do that today, but it's your choice.
5           MS. CLARK:  Your Honor, if he prefers to appear by
6  video as opposed to phone, we could postpone this a week or
7  two.
8           THE COURT:  I'm not going to do that.  It's one way or
9  the other.  I'm going to bring him in or else do it by
10 telephone.  I'm not going to forestall this.
11          What's your decision, Mr. Vasquez?  Do you want to
12 appear by telephone or do you want to be brought in, in person?
13          THE WITNESS:  By telephone is fine.
14          THE COURT:  Okay.  Do you agree with his decision?
15          MS. CLARK:  That's fine, Your Honor.
16          THE COURT:  All right.  The Court finds the
17 requirements of the CARES Act are met in this case.  First,
18 video conferencing is not readily available because the
19 defendant is in quarantine.  They won't take him to the video
20 conference room.  That leaves telephonic, which is authorized
21 if video is impractical, which it is here.
22          And we do have the defendant's consent.  There's an
23 order of the chief judge finding that the risk to safety
24 permits telephonic or video conference, so the Court finds that
25 that condition has been met.

1              Tish, what date do we have, the 7th of July?
2              THE CLERK:  Yes, Your Honor.
3              THE COURT:  Okay.
4              MS. CLARK:  Your Honor, I am planning to be out of the
5     District in early July on preplanned annual leave.  And in
6     speaking with Mr. Wong before court, I understand he also is
7     planning to be out of the District.
8              THE COURT:  When are you leaving?
9              MS. CLARK:  I'm leaving on the 2nd or 3rd, Your Honor.
10             THE COURT:  When do you come back, Ms. Clark?
11             MS. CLARK:  On the 12th, Your Honor.
12             THE COURT:  Okay.  All right.  So that would -- the
13    7th wouldn't be a good date.  Tish, what --
14             THE CLERK:  August 3rd, Your Honor.
15             THE COURT:  August 3rd?  Is that a Tuesday?
16             THE CLERK:  Yes, Your Honor.
17             MS. CLARK:  That's fine with me, Your Honor.
18             MR. WONG:  Your Honor, I will be on a family vacation
19    through August 6th.
20             THE COURT:  When do you leave?
21             MR. WONG:  I will be leaving on August 28th, and we
22    are driving back across the country.
23             THE COURT:  You mean July 28th?
24             MR. WONG:  Excuse me, Your Honor, July 28th, yeah.
25             THE COURT:  Okay.  Tish, do we have a date in-between

1    July 7th and July 28th, where we can set this?
2            (Discussion off the record.)
3            MS. CLARK:  And, Your Honor, there was an additional
4    matter of a potential 1326(d) motion.
5            THE COURT:  Well, that'll have to be filed.  I can
6    rule on that at any time.  I'm not going to forestall the trial
7    for this.  This case has been around a long time.  I want to
8    get Mr. Vasquez his day in court.
9            This is a one-day case for the government?
10           MR. WONG:  Yes, Your Honor.  August 24th is fine with
11   us.
12           THE COURT:  You're gone from -- you come back the 6th?
13           MR. WONG:  Yes, Your Honor, I'll be back by the 10th.
14           THE COURT:  All right.  August 10th is the earliest
15   available.  You'll be back by then, right, Ms. Clark, I want to
16   make sure.
17           MS. CLARK:  Yes, Your Honor.
18           THE COURT:  That's a Tuesday.  August 10th, then, 9
19   a.m. for jury trial.  August 9th, Monday, at 2 p.m. for motions
20   in limine.  If you're going to file a 1326(d) motion, file it
21   so as to be heard before -- according to the filing schedule by
22   August 9th, okay?
23           MS. CLARK:  Yes, Your Honor.  Thank you.
24           THE COURT:  And be aware of the new case, right, on
25   the (d) motions?

```
 1              MS. CLARK:  Yes, Your Honor.
 2              THE COURT:  No exhaustion.
 3              MS. CLARK:  I'm aware of Palomar, although I might
 4   read it more narrowly than Your Honor does.
 5              THE COURT:  It might be what?
 6              MS. CLARK:  I might read Palomar more narrowly than
 7   the Court does.
 8              THE COURT:  Well, 9 to 0 saying exhaustion means
 9   exhaustion, it means requirements means requirements, so I
10   don't know how to narrowly read that, but we'll see.
11              MS. CLARK:  I understand, Your Honor.  Thank you.
12              MR. WONG:  Thank you, Your Honor.
13              (The proceedings concluded at 9:23 a.m., May 26,
14   2021.)
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    COURT REPORTER'S CERTIFICATE

 2

 3       I, CYNTHIA R. OTT, Official Court Reporter, United States

 4   District Court, Southern District of California, do hereby

 5   certify that pursuant to 28 U.S.C. §753 the foregoing is a

 6   true, complete and correct transcript of the stenographically

 7   reported proceedings had in connection with the above-entitled

 8   matter and that the transcript page format is in conformance

 9   with the regulations of the Judicial Conference of the United

10   States.

11
         DATED at San Diego, California, April 22, 2022.
12

13

14                              _____/s/ CYNTHIA R. OTT_____
                                CYNTHIA R. OTT, RDR, CRR
15
```